# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MELISSA B. DeMARSH,**

    **Plaintiff,**

**v.**                                                        **Case No: 08-2588-JWL**

**TORNADO INNOVATIONS, L.P.,**
**d/b/a THE RIGHT ONE,**

    **Defendant.**

## ORDER

On October 15, 2009, the Honorable Gerald L. Rushfelt, Magistrate Judge issued a Report and Recommendation concerning plaintiff's Motion for Default Judgment (Doc. 21). The time for filing objections to the Report and Recommendation has passed and to date no objections have been filed. The court finds that the Report and Recommendation should be adopted and default judgment granted.

IT IS ORDERED BY THE COURT that the Report and Recommendation (Doc. 21) is adopted.

IT IS FURTHER ORDERED that plaintiff's Motion for Default Judgment (Doc. 15) is granted and plaintiff is awarded non-economic, compensatory damages in the amount of $300,000.00 and post judgment interest at the rate provided in 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

Dated this 4th day of November, 2009, at Kansas City, Kansas.

                                                      s/   John W. Lungstrum

John W. Lungstrum
United States District Judge